# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RUDOLF SHTEYNBERG, | Case No. 2:19-cv-01824-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| OFFICER VON GOLDBERG, | |
| Defendant. | |

Presently before the court is plaintiff Rudolf Shteynberg's application to proceed *in forma pauperis* (ECF No. 1), filed on October 17, 2019.

Shteynberg's application to proceed *in forma pauperis* is incomplete. Specifically, he does not provide a "yes" or "no" answer to each of the questions regarding his sources of income in question three of the application. Without complete information, the court cannot evaluate whether Shteynberg is unable to pay the costs of this case. The court therefore will deny the application to proceed *in forma pauperis* without prejudice for Shteynberg to re-file a complete application or to pay the filing fee.

IT IS THEREFORE ORDERED that plaintiff Shteynberg's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the clerk of court must send Shteynberg the approved form application for a non-inmate to proceed *in forma pauperis*, as well as the accompanying instruction packet.

IT IS FURTHER ORDERED that by November 21, 2019, Shteynberg must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $400 fee for a civil action, which includes the $350 filing fee and the $50 administrative fee. Shteynberg is advised that failure to comply with this order will result in a recommendation that his case be dismissed.

DATED: October 21, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE