UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rudolf Shteynberg,<br><br>             Plaintiff,<br>v.<br>Von Goldberg,<br><br>             Defendant. | Case No. 2:19-cv-1824-APG-BMW<br><br>**ORDER**<br><br>(ECF No. 12) |

This case was closed in December 2019 because plaintiff Rudolf Shteynberg did not comply with court orders. Shteynberg then moved to reopen the case and to be referred to a *pro bono* or private attorney. ECF Nos. 7, 8. I denied those motions. ECF No. 9. Shteynberg has filed a new motion requesting a preliminary hearing and appointing him counsel. ECF No. 12. This case is closed so there is no need to schedule a hearing or appoint counsel. If Shteynberg wishes to pursue a legal claim, he must file a new complaint with a new case number and comply with the court rules and orders. The pending motion **(ECF No. 12) is denied** and this case remains closed. Shteynberg is to file no further papers in this case.

Dated:  July 21, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE